IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **JEFFREY S. JOHNSON** | : | **CASE NO. 3:22cv105** |
| Plaintiffs, | : | |
| | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.** | : | |
| | : | |
| Defendants. | | |

ORDER OF DISMISSAL; TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Walter H. Rice*
　　　　　　　　　　　　　　　　　　　　　　　　　　　WALTER H. RICE, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT